```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A03-0149--CV (JKS)
              "USA V NORTHSTAR ENERGY GROUP INC ET AL"
```

Including terminated parties, excluding terminated counsel

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 07/07/03
            Closed: NO

      Jurisdiction: (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (870) Tax Suits

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Waived
          Trial by: Jury
```

Parties of Record:                           Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | UNITED STATES OF AMERICA | Timothy M. Burgess<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071 |
| | | Keith S. Blair<br>U.S. Department of Justice<br>POB 683<br>Ben Franklin Station<br>Washington, DC 20044-0683<br>202-307-0977<br>FAX 202-307-0054 |
| DEF 1.1 | NORTHSTAR ENERGY GROUP INC | Robert C. Bundy<br>Dorsey & Whitney<br>1031 W. 4th Avenue, Suite 600<br>Anchorage, AK 99501<br>907-276-4557<br>FAX 907-276-4152 |
| DEF 2.1 | LAFLEUR, PHILLIP A | No counsel found for this party! |
| DEF 3.1 | ALASKA, STATE OF | Leroy K. Latta Jr<br>Attorney General's Office<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501<br>907-269-6617<br>FAX 907-278-3458 |
| 3PP 1.1 | NORTHSTAR ENERGY GROUP INC | Robert C. Bundy<br>(see above) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A03-0149--CV (JKS)
             "USA V NORTHSTAR ENERGY GROUP INC ET AL"

        Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| 3DF 1.1 | LEFLEUR, PHILLIP A | Kevin T. Fitzgerald<br>Ingaldson Maassen<br>813  W. 3rd Avenue<br>Anchorage, AK 99501-2001<br>907-258-8750<br>FAX 907-258-8751 |
| 3DF 2.1 | [T] ALASKA, STATE OF | Leroy K. Latta Jr<br>(see above) |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CIVIL DOCKET ENTRIES FOR CASE A03-0149--CV (JKS)
                     "USA V NORTHSTAR ENERGY GROUP INC ET AL"

                                For all filing dates
```

Presiding Judge:   The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 07/07/03
          Closed: NO

    Jurisdiction: (1) U.S. Plaintiff
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (870) Tax Suits

          Origin: (1) Original Proceeding
          Demand:
      Filing fee: Waived
        Trial by: Jury

| Document # | Filed | Docket text |
|---|---|---|
| 1 -  1 | 07/07/03 | Complaint filed; Summons issued. |
| 2 -  1 | 09/25/03 | PLF 1 Return of Service Executed re: DEF 1 on 9/15/03. |
| 3 -  1 | 11/05/03 | DEF 1 Answer and Counterclaim. |
| 3 -  2 | 11/05/03 | DEF 1 Crossclaim re: Phillip A. LeFleur. |
| 3 -  3 | 11/05/03 | DEF 1 Jury Demand. |
| 4 -  1 | 11/25/03 | PLF 1 Answer to Counterclaim, crossclaim and demand for jury trial. |
| 5 -  1 | 11/25/03 | PLF 1 motion to substitute attorney for service of process. |
| 5 -  2 | 12/01/03 | JKS Order granting mot to substitute atty Keith Blair for svc of process (5-1). cc: cnsl, K. Blair |
| 6 -  1 | 12/12/03 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 7 -  1 | 12/15/03 | DEF 1 non-oppo to PLF 1 mot to substitute atty for service of process (5-1). |
| 8 -  1 | 01/09/04 | JKS Minute Order that 16(b) mo requiring stat rpt was issued and no timely report was fld; file Rule 16(b) stat rpt w/in 15 days from the date of this mo. cc: cnls |
| 9 -  1 | 01/09/04 | PLF 1 Report re: 16(b). |
| 10 -  1 | 01/16/04 | JKS Scheduling and Planning Order setting pretrial deadlines: Original discovery 01/31/05; Dispositive motions deadline 03/02/05; Estimate of trial 4 days. cc: cnsl |
| 11 -  1 | 04/06/04 | JKS Minute Order that parties are to file comments or objs to consolidation of this case with A04-0029CV (JKS) by 04/16/04. cc: cnsl |
| 11A-  1 | 04/21/04 | DEF 3 motion for leave to file cross-claim against Northstar Energy Group, INc. w/att memo & exhs. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A03-0149--CV (JKS)
                       "USA V NORTHSTAR ENERGY GROUP INC ET AL"

                                  For all filing dates

Document #    Filed      Docket text

    12 -  1   04/27/04   JKS Minute Order that this case is consolidated w/A04-0029CV (JKS); case
                         A03-0149CV (JKS) is the master case. cc: cnsl

    13 -  1   04/28/04   DEF 1 Unopposed motion to allow filing of first amended answer,
                         counterclaim  and third-party complaint and demand for jury trial w/att
                         first amended amended ans, counterclaim, third-party cmplt & demand for
                         jury trial.

    13A-  1   04/28/04   PLF 1 non-oppo to DEF 3 mot for leave to file cross-claim against
                         Northstar Energy Group, Inc. (11A-1).

    14 -  1   04/29/04   PLF 1 Report re: 16(b).

    15 -  1   05/04/04   JKS Order granting unopposed mot to allow filing of first amended ans,
                         counterclaim (13-1). cc: cnsl

    16 -  1   05/04/04   DEF 1 Answer (Amended).

    16 -  2   05/04/04   DEF 1 Counterclaim.

    16 -  3   05/04/04   DEF 1 Complaint (Third-party).

    17 -  1   05/19/04   JKS Minute Order granting mot for leave to file cross-claim against
                         Northstar Energy Group, Inc. (11A-1). cc: cnsl

    17A-  1   05/19/04   DEF 3 Crossclaim against Northstar.

    18 -  1   05/24/04   DEF 3 Answer to Counterclaim.

    18 -  2   05/24/04   3DF 2 Answer to Third-party Complaint.

    18 -  3   05/24/04   DEF 3 Crossclaim against DEF 1.

    19 -  1   05/25/04   PLF 1 Answer to Amended Counterclaim of DEF 1.

    19 -  2   05/25/04   PLF 1 Answer to Third-party Complaint of DEF 1.

    19 -  3   05/25/04   PLF 1 Objections to DEF 1's demand for jury trial.

    20 -  1   06/15/04   JKS Minute Order that proof of svc as to one or more defs is lacking;
                         file proofs of svc on those defs served. cc: cnsl

    21 -  1   06/25/04   JKS Minute Order warning that 3rd pty cmplt as to P. LeFleur will be
                         dism if proof of svc of 3rd pty cmplt not on file w/i 120 days of filing
                         3rd pty cmplt. cc: cnsl

    22 -  1   06/25/04   JKS Minute Order that DEF 3 require an ans or apply for dft re: crossclm
                         against DEF 1 w/i 20 days. cc: cnsl

  NOTE -  1   07/13/04   Issued: Summons on Phillip Lefleur.

    23 -  1   07/14/04   3PP 1 Answer to Crossclaim of SOA, Child Support Enforcement Division.

    24 -  1   07/21/04   3PP 1 Return of Service Executed re: 3DF-1.

    25 -  1   08/23/04   3DF 1 Attorney Appearance of K. Fitzgerald.
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A03-0149--CV (JKS)
                              "USA V NORTHSTAR ENERGY GROUP INC ET AL"

                                        For all filing dates


 Document #   Filed      Docket text

    26 -  1   08/23/04   3DF 1 Answer to Third-party Complaint.

    27 -  1   12/27/04   PLF 1 Final Revised Witness List.

    28 -  1   01/05/05   PLF 1; DEF 1; 3; 3PP 1; 3DF 1 stipulation for ext of pretrial deadlines.

    28 -  2   01/10/05   JKS Order granting stipulation for ext of 60 days of all pretrial
                         deadlines (28-1); Discovery to close 03/31/05; Dispositive motions
                         deadline 05/02/05. cc: cnsl

    29 -  1   02/04/05   DEF 3 Final Revised Witness List.

    30 -  1   02/24/05   DEF 1; 3PP 1 Final Revised Witness List.

    31 -  1   03/08/05   3DF 1 Final Witness List.

    32 -  1   03/30/05   PLF 1 motion to extend discovery and remaining pretrial dates.

    33 -  1   04/18/05   DEF 1 opposition to PLF 1 motion to extend discovery and remaining
                         pretrial dates. (32-1)

    34 -  1   04/19/05   DEF 1 Withdrawal of opposition to motion to ext dscvy & remaining
                         pre-trial dates.

    34 -  2   04/19/05   DEF 1 joinder to PLF 1 motion to extend discovery and remaining pretrial
                         dates (32-1).

    35 -  1   04/19/05   DEF 3 non-opposition to PLF 1 motion to extend discovery and remaining
                         pretrial dates (32-1).

    36 -  1   06/27/05   PLF 1 motion for summary judgment w/att memo, declaration & exhs.

    37 -  1   07/07/05   DEF 3 non-opposition to PLF 1 motion for summary judgment (36-1).

    38 -  1   07/19/05   3DF 1 motion (request) for direction from the court re pltf's motion for
                         SJ.

    39 -  1   08/05/05   JKS Minute Order granting motion to extend discovery and remaining
                         pretrial dates (32-1), motion for summary judgment (36-1) & setting the
                         following dates: Dispositive motions deadline 10/05/05. cc: cnsl

    40 -  1   08/12/05   3DF 1 motion for reconsideration of the court's order filed 8/5/05.

    41 -  1   08/17/05   JKS Order denying motion for reconsideration of the court's order filed
                         8/5/05 (40-1). cc: cnsl

    42 -  1   10/20/05   JWS Order re: certification of readiness for trial; parties to certify
                         or file a report within 15 days from the date of this order. cc:cnsl

    43 -  1   11/03/05   PLF 1 Status Report and Response to Court's Order dated 10/20/05.

    44 -  1   11/03/05   JKS Minute Order that further stat rpt/closing papers due by 12/5/05.
                         cc: cnsl
```