**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**



FILED
DEC 0 6 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

UNITED STATES OF AMERICA   v.   NORTHSTAR ENERGY GROUP, INC.

THE HONORABLE JAMES K. SINGLETON

DEPUTY CLERK                           CASE NO.  A03-0149 CV (JKS)

Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: December 5, 2005

The court has received a status report dated December 02, 2005. The report is accepted.

A further status report shall be filed by counsel for plaintiff on or before January 5, 2006, unless closing papers are sooner filed.

A03-0149--CV (JKS)                 am 12/6/05
------------------------------
L. LATTA JR
R. BUNDY (DORSEY)
K. FITZGERALD

K. BLAIR

[]{IIA4.WPD*Rev.12/96}

46