FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 28  AM 11: 31

Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for NorthStar Energy
Group, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>NORTHSTAR ENERGY GROUP, INC.,<br>a Nevada Corporation,<br><br>　　　　　　　Defendant. | Case No. A03-0149 CV (JKS)<br>Case No. A04-0029 CV (JKS)<br>(Consolidated)<br><br><br><br>**CONFESSION OF JUDGMENT** |
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>PHILLIP LaFLEUR; NORTHSTAR<br>ENERGY GROUP, INC.; and<br>STATE OF ALASKA, CHILD SUPPORT<br>ENFORCEMENT DIVISION,<br><br>　　　　　　　Defendants. | |
| NORTHSTAR ENERGY GROUP, INC.<br><br>　　　　　　　Third-Party Plaintiff,<br>vs.<br><br>PHILLIP LeFLEUR and STATE OF<br>ALASKA, CHILD SUPPORT<br>ENFORCEMENT AGENCY,<br><br>　　　　　　　Third-Party Defendants. | |

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557



STATE OF ALASKA, DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT DIVISION,

Cross-claim Plaintiff,

vs.

NORTHSTAR ENERGY GROUP, INC.,

Cross-claim Defendant.

1. NorthStar Energy Group, Inc. ("Northstar") hereby confesses judgment in favor of State of Alaska, Department of Revenue, Child Support Services Division ("CSSD"), formerly known as CSED, in the amount of One Hundred Thousand and no/100 Dollars ($100,000) inclusive of interest, costs and attorneys fees.

2. This amount is just because the sum represents the amount owed under the Settlement Agreement referenced in CSSD's Cross-Claim against NorthStar in this matter.

All of NorthStar's liability and the liability of its affiliates, officers, employees, agents, successors and assigns (including, without limitation, Gas-Pro Alaska LLC, but excluding specifically, any claims or actions which CSSD has or may have against the child support obligor, Phillip A. LeFleur for failure to pay child support as ordered in CSSD Case Numbers 001010791 and 001082874) in connection with this cause of action is discharged by the payment of One Hundred Thousand Dollars and no/100 Dollars ($100,000) under the terms set forth herein.

3. The terms of payment of the foregoing amount are as follows: NorthStar will pay Ten Thousand and no/100 Dollars ($10,000) per month for ten consecutive

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

CONFESSION OF JUDGMENT

Page 2 of 5

*U.S. v. Northstar; U.S. v. LaFleur, et al.;*
*Northstar v. LaFleur, et al.; State v. Northstar*
Case No. A03-0149 CV (JKS) (Consolidated)

months, commencing December 30, 2005 and payable on the 30th day of each succeeding month thereafter.

4. The payments will be made by check payable to CSSD. Each check shall reference Case Nos. 001010791 and 001082874. Payments shall be made to CSSD at P.O. Box 102760, Anchorage, Alaska 99510-2760. No execution will issue on this Confession of Judgment so long as the payments are made.

5. Judgment against Northstar in the total amount of $100,000 will issue on this Confession of Judgment and if any condition of this Confession of Judgment is not met, execution will issue on the judgment.

6. Should Northstar Energy Group, Inc. fail to make the required settlement payments as set out in paragraph 3 above, CSSD shall have the right to execute on the judgment confessed herein.

7. Notwithstanding, any other term of this Confession of Judgment, Cross-Claim Plaintiff shall take no action on this judgment including execution or recording of the judgment, without five (5) days notice to Cross-Claim Defendant.

DATED this 22nd day of December, 2005, at Anchorage, Alaska.

_____
Barry Foote, President

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

CONFESSION OF JUDGMENT
Page 3 of 5

*U.S. v. Northstar; U.S. v. LaFleur, et al.;*
*Northstar v. LaFleur, et al.; State v. Northstar*
Case No. A03-0149 CV (JKS) (Consolidated)

STATE OF NORTH CAROLINA   )
                          ) §§
COUNTY OF New Hanover     )

I, Barry Foote, say on oath or affirm that I am President of NorthStar Energy Group, Inc. signator to this Confession of Judgment, hereby acknowledge, affirm and verify the sum therein mentioned as NorthStar Energy Group, Inc.'s just obligation and I sign this judgment given to secure payment of said sums set forth therein in my official capacity as President of NorthStar Energy Group, Inc. I understand that if the payment described in the Confession of Judgment is not made by NorthStar Energy Group, Inc. in a timely manner, then the above Confession of Judgment will be filed in this court, and a judgment on confession thereafter rendered.

NORTHSTAR ENERGY GROUP, INC.

_____
Barry Foote

SUBSCRIBED AND SWORN to before me this 22 day of December, 2005.

_____
Notary Public in and for North Carolina
My Commission Expires: 4/5/06

### CONSENT TO CONFESSION OF JUDGMENT

The State of Alaska, Department of Revenue, Child Support Services Division, by and through the Office of the Attorney General, hereby consents to the foregoing Confession of Judgment executed by Northstar Energy Group, Inc.

DAVID W. MARQUEZ
ATTORNEY GENERAL

DATED: 12-27-05           By: _____
                          Leroy K. Latta Jr.
                          Assistant Attorney General
                          Bar No. 8906024

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

CONFESSION OF JUDGMENT                U.S. v. Northstar; U.S. v. LaFleur, et al.;
                                      Northstar v. LaFleur, et al.; State v. Northstar
Page 4 of 5                           Case No. A03-0149 CV (JKS) (Consolidated)

CERTIFICATE OF SERVICE

This certifies that on the 27th day of December, 2005, a copy of the foregoing document was served via mail on:

John B. Snyder III
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

Leroy K. Latta Jr.
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501

Timothy Burgess
United States Attorney
Room C-253, Federal Building and
U.S. Courthouse
222 West 7th Avenue, #9
Anchorage, Alaska 99513-7567

Kevin Fitzgerald
Ingaldson, Maassen & Fitzgerald, PC
813 W. 3rd Avenue
Anchorage, Alaska 99501-2001

_____
Certification Signature

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

CONFESSION OF JUDGMENT

Page 5 of 5

U.S. v. Northstar; U.S. v. LaFleur, et al.;
Northstar v. LaFleur, et al.; State v. Northstar
Case No. A03-0149 CV (JKS) (Consolidated)