TIMOTHY BURGESS
United States Attorney
Room C-253, Federal Building and
United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071

JOHN B. SNYDER, III
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6548

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Civil No. A03-0149 CV (JKS)<br>) CONSOLIDATED WITH<br>) Civil No. A04-0029CV JKS |
| v. | ) ) |
| NORTHSTAR ENERGY GROUP, INC., | ) STIPULATION FOR ENTRY OF JUDGMENT |
| Defendants. | ) ) ) ) |
| NORTHSTAR ENERGY GROUP, INC., | ) ) ) |
| Third-Party Plaintiff, | ) ) |
| v. | ) ) ) |
| PHILLIP LaFleur and<br>STATE OF ALASKA, CHILD<br>SUPPORT ENFORCEMENT AGENCY, | ) ) ) ) |
| Third-Party Defendants, | ) ) ) ) |

The United States of America and Northstar Energy Group, Inc., by and through their undersigned counsel, hereby agree and stipulate that judgment will be entered in favor of the United States and against Northstar Energy Group, Inc., in the amount of $192,000.

Respectfully submitted,

TIMOTHY M. BURGESS
United States Attorney

Dated: January 3, 2006

JOHN B. SNYDER, III
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6548
Attorney for the United States

Dated: December 19, 2005

ROBERT C. BUNDY
Dorsey & Whitney LLP
1031 West 4th Ave., Suite 600
Anchorage, Alaska 99501

1441847.1

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true
and correct copy of the foregoing was sent to the following parties
on January 4, 2006:

Robert C. Bundy, Esq.
Dorsey & Whitney LLP
1031 West 4th Ave., Suite 600
Anchorage, AK 99501

Leroy K. Latta Jr.
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501

Kevin T. Fitzgerald
Ingaldson, Maassen & Fitzgerald, P.C
813 W. 3rd Ave.
Anchorage, AK 99501

1441847.1