Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for NorthStar Energy
Group, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>NORTHSTAR ENERGY GROUP, INC.,<br>a Nevada Corporation,<br><br>       Defendant.<br>_____ | Case No. A03-0149 CV (JKS)<br>Case No. A04-0029 CV (JKS)<br>(Consolidated) |
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>PHILLIP LaFLEUR; NORTHSTAR<br>ENERGY GROUP, INC.; and<br>STATE OF ALASKA, CHILD SUPPORT<br>ENFORCEMENT DIVISION,<br><br>       Defendants.<br>_____ | **NOTICE OF FILING JUDGMENT** |
| NORTHSTAR ENERGY GROUP, INC.<br><br>     Third-Party Plaintiff,<br><br>vs.<br><br>PHILLIP LeFLEUR and STATE OF<br>ALASKA, CHILD SUPPORT<br>ENFORCEMENT AGENCY,<br><br>     Third-Party Defendants. | |

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

STATE OF ALASKA, DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT DIVISION,

        Cross-claim Plaintiff,

vs.

NORTHSTAR ENERGY GROUP, INC.,

        Cross-claim Defendant.

      Please take notice that NorthStar Energy Group, Inc. ("NorthStar") has filed the attached Confession of Judgment in favor of the State of Alaska, Department of Revenue, Child Support Services Division ("CSSD"), formerly known as the Child Support Enforcement Division.

      NorthStar notes that it has also stipulated for entry of judgment in favor of the United States in a separate document on file herein. The United States obtained summary judgment on its claims against Phillip LeFleur. The only matter remaining in this action is the claims of the United States and NorthStar against Phillip LeFleur.

      DATED this 31st day of January, 2006, at Anchorage, Alaska.

                            DORSEY & WHITNEY LLP
                            Attorneys for NorthStar Energy Group, Inc.

                            BY:   /s/ Robert C. Bundy
                                 Robert C. Bundy, ABA #7206021
                                 DORSEY & WHITNEY LLP
                                 1031 West Fourth Avenue, Suite 600
                                 Anchorage, AK 99501-5907
                                 bundy.robert@dorsey.com
                                 (907) 276-4557

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

NOTICE OF FILING JUDGMENT

Page 2 of 3

*U.S. v. Northstar; U.S. v. LaFleur, et al.;
Northstar v. LaFleur, et al.; State v. Northstar*
Case No. A03-0149 CV (JKS) (Consolidated)

CERTIFICATE OF SERVICE

This certifies that on the 31st day of
January, 2006, a copy of the foregoing
document was served on:

| | |
|---|---|
| John B. Snyder III<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, D.C. 20044-0683 | Timothy Burgess<br>United States Attorney<br>Room C-253, Federal Building and<br>U.S. Courthouse<br>222 West 7th Avenue, #9<br>Anchorage, Alaska 99513-7567 |
| Leroy K. Latta Jr.<br>Assistant Attorney General<br>Attorney General's Office<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, Alaska 99501 | Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald, PC<br>813 W. 3rd Avenue<br>Anchorage, Alaska 99501-2001 |

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.


       /s/ Robert C. Bundy
Robert C. Bundy, ABA #7206021
Dorsey & Whitney LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
bundy.robert@dorsey.com
(907) 276-4557

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

NOTICE OF FILING JUDGMENT

Page 3 of 3

*U.S. v. Northstar; U.S. v. LaFleur, et al.;
Northstar v. LaFleur, et al.; State v. Northstar*
Case No. A03-0149 CV (JKS) (Consolidated)