Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for NorthStar Energy
Group, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>vs.<br><br>NORTHSTAR ENERGY GROUP, INC.,<br>a Nevada Corporation,<br><br>                        Defendant.<br>_____<br>UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>vs.<br><br>PHILLIP LaFLEUR; NORTHSTAR<br>ENERGY GROUP, INC.; and<br>STATE OF ALASKA, CHILD SUPPORT<br>ENFORCEMENT DIVISION,<br><br>                        Defendants.<br>_____<br>NORTHSTAR ENERGY GROUP, INC.<br><br>                        Third-Party Plaintiff,<br><br>vs.<br><br>PHILLIP LeFLEUR and STATE OF<br>ALASKA, CHILD SUPPORT<br>ENFORCEMENT AGENCY,<br><br>                        Third-Party Defendants. | Case No. A03-0149 CV (JKS)<br>Case No. A04-0029 CV (JKS)<br>(Consolidated)<br><br><br><br><br><br><br><br>**JUDGMENT** |

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

STATE OF ALASKA, DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT DIVISION,

        Cross-claim Plaintiff,

vs.

NORTHSTAR ENERGY GROUP, INC.,

        Cross-claim Defendant.

      Pursuant to the terms of the Confession of Judgment by defendant NorthStar Energy Group, Inc. ("NorthStar"), in favor of cross-claim plaintiff State of Alaska, Department of Revenue, Child Support Services Division ("CSSD"), formerly known as Child Support Enforcement Agency, and on the terms contained therein, judgment is hereby entered in favor of CSSD against NorthStar in the amount of $100,000, inclusive of interest, costs and attorney's fees.

      DATED this _____ day of _____, 2006, at Anchorage, Alaska.

                                                _____
                                                  United States District Court Judge

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

JUDGMENT

Page 2 of 3

*U.S. v. Northstar; U.S. v. LaFleur, et al.;*
*Northstar v. LaFleur, et al.; State v. Northstar*
Case No. A03-0149 CV (JKS) (Consolidated)

CERTIFICATE OF SERVICE

This certifies that on the 31st day of
January, 2006, a copy of the foregoing
document was served on:

| | |
|---|---|
| John B. Snyder III<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, D.C. 20044-0683 | Timothy Burgess<br>United States Attorney<br>Room C-253, Federal Building and<br>U.S. Courthouse<br>222 West 7th Avenue, #9<br>Anchorage, Alaska 99513-7567 |
| Leroy K. Latta Jr.<br>Assistant Attorney General<br>Attorney General's Office<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, Alaska 99501 | Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald, PC<br>813 W. 3rd Avenue<br>Anchorage, Alaska 99501-2001 |

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.


         /s/ Robert C. Bundy
Robert C. Bundy, ABA #7206021
Dorsey & Whitney LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557
Attorneys for NorthStar Energy Group, Inc.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

JUDGMENT

Page 3 of 3

*U.S. v. Northstar; U.S. v. LaFleur, et al.;*
*Northstar v. LaFleur, et al.; State v. Northstar*
Case No. A03-0149 CV (JKS) (Consolidated)