Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for NorthStar Energy
Group, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>NORTHSTAR ENERGY GROUP, INC.,<br>a Nevada Corporation,<br><br>        Defendant. | Case No. A03-0149 CV (JKS)<br>Case No. A04-0029 CV (JKS)<br>(Consolidated)<br><br><br><br><br><br>**JUDGMENT** |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>PHILLIP LaFLEUR; NORTHSTAR<br>ENERGY GROUP, INC.; and<br>STATE OF ALASKA, CHILD SUPPORT<br>ENFORCEMENT DIVISION,<br><br>        Defendants. | |
| NORTHSTAR ENERGY GROUP, INC.<br><br>        Third-Party Plaintiff,<br><br>vs.<br><br>PHILLIP LeFLEUR and STATE OF<br>ALASKA, CHILD SUPPORT<br>ENFORCEMENT AGENCY,<br><br>        Third-Party Defendants. | |

| STATE OF ALASKA, DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT DIVISION, |
| --- |
| Cross-claim Plaintiff, |
| vs. |
| NORTHSTAR ENERGY GROUP, INC., |
| Cross-claim Defendant. |

Pursuant to the terms of the Confession of Judgment by defendant NorthStar Energy Group, Inc. ("NorthStar"), in favor of cross-claim plaintiff State of Alaska, Department of Revenue, Child Support Services Division ("CSSD"), formerly known as Child Support Enforcement Agency, and on the terms contained therein, judgment is hereby entered in favor of CSSD against NorthStar in the amount of $100,000, inclusive of interest, costs and attorney's fees.

DATED this <u>3rd</u> day of <u>February</u>, 2006, at Anchorage, Alaska.

<u>/s/ James K. Singleton</u>
United States District Court Judge

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

JUDGMENT

*U.S. v. Northstar; U.S. v. LaFleur, et al.;*
*Northstar v. LaFleur, et al.; State v. Northstar*
Case No. A03-0149 CV (JKS) (Consolidated)