## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | v. | NORTHSTAR ENERGY GROUP, INC., |

THE HONORABLE JAMES K. SINGLETON, JR.

DEPUTY CLERK                    CASE NO. 3:03-CV-00149-JKS

Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: February 7, 2006

      In light of the Confession of Judgment entered February 3, 2006, Clerk's Docket No. 50, plaintiff should consult with other counsel and report to the court, within ten (10) days of the date of this minute order, as regards the readiness of this case for trial; if no such report is received, the above-referenced case will be dismissed without prejudice for lack of prosecution.

[303cv149JKS-minute order.wpd]{IID3.WPD*Rev.12/96}