4. It appears that there are no outstanding claims involving the United States or the State of Alaska left in this case. Therefore, United States respectfully requests that the Court close the case as to the claims involving the United States and the State of Alaska. The United States takes no position on the proper disposition of Northstar Energy Group, Inc.'s claim against Phillip LaFleur.

DATED this 17th day of February, 2006.

>Respectfully submitted,
>
>DEBORAH M. SMITH
>Acting United States Attorney
>
>/s/ John B. Snyder, III
>
>JOHN B. SNYDER, III
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 683
>Ben Franklin Station
>Washington, D.C.  20044
>Telephone: (202) 307-6548
>john.snyder2@usdoj.gov
>Western.Taxcivil@usdoj.gov

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true
and correct copy of the foregoing was sent to the following parties
on February 17, 2006:

| Robert C. Bundy, Esq. | Leroy K. Latta Jr. | Kevin T. Fitzgerald |
|---|---|---|
| Dorsey & Whitney LLP | Office of the Attorney General | Ingaldson, Maassen & Fitzgerald, P.C. |
| 1031 West 4th Ave., Suite 600 | 1031 W. 4th Ave., Suite 200 | 813 W. 3rd Ave. |
| Anchorage, AK 99501 | Anchorage, AK 99501 | Anchorage, AK 99501 |

/s/ John B. Snyder, III