DEBORAH M. SMITH
Acting United States Attorney
Room C-253, Federal Building and
United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071

JOHN B. SNYDER, III
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6548
john.snyder2@usdoj.gov
Western.Taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Civil No. A03-0149 CV (JKS) |
| Plaintiff, | ) CONSOLIDATED WITH |
| | ) Civil No. A04-0029CV JKS |
| v. | ) |
| | ) |
| NORTHSTAR ENERGY GROUP, INC., | ) STATUS REPORT AS OF FEBRUARY 17, |
| | ) 2005 |
| Defendants. | ) |
| | ) |
| ——————————————— | ) |
| | ) |
| NORTHSTAR ENERGY GROUP, INC., | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PHILLIP LAFLEUR and | ) |
| STATE OF ALASKA, CHILD | ) |
| SUPPORT ENFORCEMENT AGENCY, | ) |
| | ) |
| Third-Party Defendants, | ) |
| | ) |

                                                                            )

      The United States of America, through its undersigned counsel and pursuant to the Court's order dated February 7, 2006, submits this report on the status of this action:

      1.  The United States' claims against Phillip LaFleur have been resolved by motion. The Court entered an order resolving these claims on August 4, 2005 and denied a motion for reconsideration of that order on August 16, 2005.

      2.  The United States' claims against Northstar Energy Group have been resolved by stipulation. A stipulation for entry of judgment on these claims was filed on January 4, 2006.

      3.  Northstar Energy Group's claims against the State of Alaska have also been resolved by stipulation. A confession of judgment on these claims was filed on February 3, 2006.

      4.  Therefore, the only outstanding claims remaining at issue in this action are Northstar Energy Group, Inc.'s claims against Phillip LaFleur. The United States and the State of Alaska have no interest in the outcome of these claims. Counsel for Northstar Energy Group has represented to counsel for the United States that the parties involved in this claim are discussing settlement, but neither counsel for Northstar Energy Group nor counsel for the United States succeeded in contacting counsel for Mr. LaFleur before the deadline for filing this report.

//

//

4. It appears that there are no outstanding claims involving the United States or the State of Alaska left in this case. Therefore, United States respectfully requests that the Court close the case as to the claims involving the United States and the State of Alaska. The United States takes no position on the proper disposition of Northstar Energy Group, Inc.'s claim against Phillip LaFleur.

DATED this <u>17th</u> day of February, 2006.

      Respectfully submitted,

      DEBORAH M. SMITH
      Acting United States Attorney


      /s/ John B. Snyder, III

      JOHN B. SNYDER, III
      Trial Attorney, Tax Division
      U.S. Department of Justice
      Post Office Box 683
      Ben Franklin Station
      Washington, D.C. 20044
      Telephone: (202) 307-6548
      john.snyder2@usdoj.gov
      Western.Taxcivil@usdoj.gov

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true
and correct copy of the foregoing was sent to the following parties
on February 17, 2006:

| | | |
|---|---|---|
| Robert C. Bundy, Esq. | Leroy K. Latta Jr. | Kevin T. Fitzgerald |
| Dorsey & Whitney LLP | Office of the Attorney General | Ingaldson, Maassen & Fitzgerald, P.C. |
| 1031 West 4th Ave., Suite 600 | 1031 W. 4th Ave., Suite 200 | 813 W. 3rd Ave. |
| Anchorage, AK 99501 | Anchorage, AK 99501 | Anchorage, AK 99501 |

/s/ John B. Snyder, III