IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>NORTHSTAR ENERGY GROUP, INC., et al.,<br><br>          Defendants. | Case No. 3:03-cv-00149-JKS<br><br><br>O R D E R |

     On February 7, 2006, this Court entered an Order at Docket No. 51 instructing the parties to submit a status report by February 17, 2006 regarding readiness for trial.  The Government, in its report at Docket Nos. 52 and 53, indicates that its claims have been resolved, either by motion or by stipulation.  As of this date, no status report has been submitted by either of the remaining parties, Northstar Energy Group and Phillip LaFleur.  The remaining parties shall have 14 days from the date of this Order to submit a status report; that is, **Tuesday, March 7, 2006**.  If no report is filed, the Court will assume no further issues exist and will dismiss the case with prejudice for failure to prosecute.

     Dated at Anchorage, Alaska, this 21st day of February 2006.

                                                     /s/ James K. Singleton, Jr.

                                                     **JAMES K. SINGLETON, JR.**
                                                     United States District Judge