Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for NorthStar Energy Group, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>NORTHSTAR ENERGY GROUP, INC.,<br>a Nevada Corporation,<br><br>                      Defendant.<br>_____<br>UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>PHILLIP LaFLEUR; NORTHSTAR<br>ENERGY GROUP, INC.; and<br>STATE OF ALASKA, CHILD SUPPORT<br>ENFORCEMENT DIVISION,<br><br>                      Defendants.<br>_____<br>NORTHSTAR ENERGY GROUP, INC.<br><br>                      Third-Party Plaintiff,<br><br>vs.<br><br>PHILLIP LeFLEUR and STATE OF<br>ALASKA, CHILD SUPPORT<br>ENFORCEMENT AGENCY,<br><br>                      Third-Party Defendants. | Case No. A03-0149 CV (JKS)<br>Case No. A04-0029 CV (JKS)<br>(Consolidated)<br><br><br><br><br><br><br>**STATUS REPORT OF<br>NORTHSTAR ENERGY GROUP, INC.** |

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

STATE OF ALASKA, DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT DIVISION,

    Cross-claim Plaintiff,

vs.

NORTHSTAR ENERGY GROUP, INC.,

    Cross-claim Defendant.

    NorthStar Energy Group, Inc. advises that a settlement is pending between it and third-party defendant Phillip LeFleur. All that remains is final approval of settlement documents and execution by the parties.

    DATED this 7th day of March, 2006, at Anchorage, Alaska.

                  DORSEY & WHITNEY LLP
                  Attorneys for NorthStar Energy Group, Inc.

                  BY:    /s/ Robert C. Bundy
                      Robert C. Bundy, ABA #7206021
                      DORSEY & WHITNEY LLP
                      1031 West Fourth Avenue, Suite 600
                      Anchorage, AK 99501-5907
                      bundy.robert@dorsey.com
                      (907) 276-4557

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

STATUS REPORT OF NORTHSTAR ENERGY GROUP, INC.
Page 2 of 3

*U.S. v. Northstar; U.S. v. LaFleur, et al.;*
*Northstar v. LaFleur, et al.; State v. Northstar*
Case No. A03-0149 CV (JKS) (Consolidated)

CERTIFICATE OF SERVICE

This certifies that on the 7th day of
March, 2006, a copy of the foregoing
document was served on:

| | |
|---|---|
| John B. Snyder III<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, D.C. 20044-0683 | Timothy Burgess<br>United States Attorney<br>Room C-253, Federal Building and<br>U.S. Courthouse<br>222 West 7th Avenue, #9<br>Anchorage, Alaska 99513-7567 |
| Leroy K. Latta Jr.<br>Assistant Attorney General<br>Attorney General's Office<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, Alaska 99501 | Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald, PC<br>813 W. 3rd Avenue<br>Anchorage, Alaska 99501-2001 |

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

          /s/ Robert C. Bundy
Robert C. Bundy, ABA #7206021
Dorsey & Whitney LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
bundy.robert@dorsey.com
(907) 276-4557

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

STATUS REPORT OF NORTHSTAR ENERGY
GROUP, INC.
Page 3 of 3

*U.S. v. Northstar; U.S. v. LaFleur, et al.;
Northstar v. LaFleur, et al.; State v. Northstar*
Case No. A03-0149 CV (JKS) (Consolidated)