# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

   UNITED STATES OF AMERICA   v.   PHILIP LEFLEUR

THE HONORABLE JAMES K. SINGLETON, JR.

DEPUTY CLERK                           CASE NO.  3:03-CV-00149-JKS

Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: March 7, 2006

       The court has received a status report dated March 7, 2006. The report is accepted.

       A further status report shall be filed by counsel for plaintiff on or before April 7, 2006, unless closing papers are sooner filed.

[303cv149JKS-MO.wpd]{IIA4.WPD*Rev.12/96}