Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for NorthStar Energy Group, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>NORTHSTAR ENERGY GROUP, INC.,<br>a Nevada Corporation,<br><br>　　　　　　　　　Defendant.<br>_____<br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>PHILLIP LaFLEUR; NORTHSTAR<br>ENERGY GROUP, INC.; and<br>STATE OF ALASKA, CHILD SUPPORT<br>ENFORCEMENT DIVISION,<br><br>　　　　　　　　　Defendants.<br>_____<br>NORTHSTAR ENERGY GROUP, INC.<br><br>　　　　　　Third-Party Plaintiff,<br><br>vs.<br><br>PHILLIP LeFLEUR and STATE OF<br>ALASKA, CHILD SUPPORT<br>ENFORCEMENT AGENCY,<br><br>　　　　　Third-Party Defendants. | Case No. A03-0149 CV (JKS)<br>Case No. A04-0029 CV (JKS)<br>(Consolidated)<br><br><br><br><br><br>**STATUS REPORT OF**<br>**NORTHSTAR ENERGY GROUP, INC.** |

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

STATE OF ALASKA, DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT DIVISION,

       Cross-claim Plaintiff,

vs.

NORTHSTAR ENERGY GROUP, INC.,

       Cross-claim Defendant.

    NorthStar Energy Group, Inc. advises that a settlement is pending between it and third-party defendant Phillip LeFleur. All that remains is final approval of settlement documents and execution by the parties. Attorneys for the parties have had difficulty contacting clients because of travel schedules but expect to finalize the settlement shortly.

    DATED this 6th day of April, 2006, at Anchorage, Alaska.

                        DORSEY & WHITNEY LLP
                        Attorneys for NorthStar Energy Group, Inc.

                        BY:   /s/ Robert C. Bundy
                              Robert C. Bundy, ABA #7206021
                              DORSEY & WHITNEY LLP
                              1031 West Fourth Avenue, Suite 600
                              Anchorage, AK 99501-5907
                              bundy.robert@dorsey.com
                              (907) 276-4557

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

STATUS REPORT OF NORTHSTAR ENERGY GROUP, INC.
Page 2 of 3

*U.S. v. Northstar; U.S. v. LaFleur, et al.;*
*Northstar v. LaFleur, et al.; State v. Northstar*
Case No. A03-0149 CV (JKS) (Consolidated)

CERTIFICATE OF SERVICE

This certifies that on the 6th day of
April, 2006, a copy of the foregoing
document was served on:

| | |
|---|---|
| John B. Snyder III<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, D.C.  20044-0683 | Deborah Smith<br>Acting United States Attorney<br>Room C-253, Federal Building and<br>U.S. Courthouse<br>222 West 7th Avenue, #9<br>Anchorage, Alaska  99513-7567 |
| Leroy K. Latta Jr.<br>Assistant Attorney General<br>Attorney General's Office<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, Alaska  99501 | Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald, PC<br>813 W. 3rd Avenue<br>Anchorage, Alaska  99501-2001 |

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.


         /s/ Robert C. Bundy
Robert C. Bundy, ABA #7206021
Dorsey & Whitney LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
bundy.robert@dorsey.com
(907) 276-4557

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

STATUS REPORT OF NORTHSTAR ENERGY
GROUP, INC.
Page 3 of 3

*U.S. v. Northstar;U.S. v. LaFleur, et al.;*
*Northstar v. LaFleur, et al.; State v. Northstar*
Case No. A03-0149 CV (JKS) (Consolidated)