DEBORAH M. SMITH
Acting United States Attorney
Room C-253, Federal Building and
United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071

JOHN B. SNYDER, III
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6548
john.snyder2@usdoj.gov
Western.Taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Civil No. A03-0149 CV (JKS) |
| Plaintiff, | ) CONSOLIDATED WITH |
| | ) Civil No. A04-0029CV JKS |
| v. | ) |
| | ) |
| NORTHSTAR ENERGY GROUP, INC., | ) STATUS REPORT AS OF APRIL 7, 2006 |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |
| | ) |
| NORTHSTAR ENERGY GROUP, INC., | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PHILLIP LAFLEUR and | ) |
| STATE OF ALASKA, CHILD | ) |
| SUPPORT ENFORCEMENT AGENCY, | ) |
| | ) |
| Third-Party Defendants, | ) |
| | ) |

                                           )

      The United States of America, through its undersigned counsel and pursuant to the Court's order dated March 7, 2006, submits this report on the status of this action:

      1.  The United States' claims against Phillip LaFleur have been resolved by motion. The Court entered an order resolving these claims on August 4, 2005 and denied a motion for reconsideration of that order on August 16, 2005.

      2.  The United States' claims against Northstar Energy Group have been resolved by stipulation. A stipulation for entry of judgment on these claims was filed on January 4, 2006.

      3.  Northstar Energy Group's claims against the State of Alaska have also been resolved by stipulation. A confession of judgment on these claims was filed on February 3, 2006.

      4.  Therefore, the only outstanding claims remaining at issue in this action are Northstar Energy Group, Inc.'s claims against Phillip LaFleur. The United States and the State of Alaska have no interest in the outcome of these claims. Counsel for Northstar Energy Group has represented to counsel for the United States that the parties involved in this claim are still discussing settlement and hope to present closing papers on this claim soon.

      4.  It appears that there are no outstanding claims involving the United States or the State of Alaska left in this case. Therefore, United States respectfully requests that the Court close the case as to the claims involving the United States and the State of Alaska. The United States takes no position on the proper disposition of Northstar Energy Group, Inc.'s claim against Phillip LaFleur. Additionally, since all the United States' claims have now been resolved, the United States respectfully requests that any further orders of the Court requiring the filing of status reports direct that those reports be filed by counsel the parties to the remaining active

claim in this case rather than by the United States.

DATED this 7th day of April, 2006.

                                                Respectfully submitted,

                                                DEBORAH M. SMITH
                                                Acting United States Attorney

                                                /s/ John B. Snyder, III

                                                JOHN B. SNYDER, III
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                Post Office Box 683
                                                Ben Franklin Station
                                                Washington, D.C.  20044
                                                Telephone: (202) 307-6548
                                                john.snyder2@usdoj.gov
                                                Western.Taxcivil@usdoj.gov

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a  true
and correct copy of the foregoing was sent to the following parties
on February 17, 2006:

| | | |
|---|---|---|
| Stephen J. Easley | Leroy K. Latta Jr. | Kevin T. Fitzgerald |
| Law Office of Stephen J. Easley | Office of the Attorney General | Ingaldson, Maassen & Fitzgerald, P.C. |
| 1023 15th Street, N.W. | 1031 W. 4th Ave., Suite 200 | 813 W. 3rd Ave. |
| Washington, DC 20005 | Anchorage, AK 99501 | Anchorage, AK 99501 |

 /s/ John B. Snyder, III