Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for NorthStar Energy Group, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>NORTHSTAR ENERGY GROUP, INC.,<br>a Nevada Corporation,<br><br>       Defendant.<br>_____ | Case No. A03-0149 CV (JKS)<br>Case No. A04-0029 CV (JKS)<br>(Consolidated)<br><br><br><br><br>**STATUS REPORT OF<br>NORTHSTAR ENERGY GROUP, INC.** |

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

PHILLIP LaFLEUR; NORTHSTAR
ENERGY GROUP, INC.; and
STATE OF ALASKA, CHILD SUPPORT
ENFORCEMENT DIVISION,

       Defendants.
_____

NORTHSTAR ENERGY GROUP, INC.

       Third-Party Plaintiff,

vs.

PHILLIP LeFLEUR and STATE OF
ALASKA, CHILD SUPPORT
ENFORCEMENT AGENCY,

       Third-Party Defendants.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

STATE OF ALASKA, DEPARTMENT
OF REVENUE, CHILD SUPPORT
ENFORCEMENT DIVISION,

          Cross-claim Plaintiff,

vs.

NORTHSTAR ENERGY GROUP, INC.,

          Cross-claim Defendant.

      NorthStar Energy Group, Inc. advises that a settlement is still pending between it and third-party defendant Phillip LeFleur.  All that remains is final approval of settlement documents and execution by the parties.  Attorneys for the parties have had continuing difficulty contacting clients but continue to work toward a final settlement.

      DATED this 8th day of May, 2006, at Anchorage, Alaska.

                          DORSEY & WHITNEY LLP
                          Attorneys for NorthStar Energy Group, Inc.

                          BY:   /s/ Robert C. Bundy
                                Robert C. Bundy, ABA #7206021
                                DORSEY & WHITNEY LLP
                                1031 West Fourth Avenue, Suite 600
                                Anchorage, AK 99501-5907
                                bundy.robert@dorsey.com
                                (907) 276-4557

STATUS REPORT OF NORTHSTAR ENERGY
GROUP, INC.
Page 2 of 3

*U.S. v. Northstar;U.S. v. LaFleur, et al.;*
*Northstar v. LaFleur, et al.; State v. Northstar*
Case No. A03-0149 CV (JKS) (Consolidated)

CERTIFICATE OF SERVICE

This certifies that on the 8th day of
May, 2006, a copy of the foregoing
document was served on:


John B. Snyder III                          Deborah Smith
Trial Attorney, Tax Division                Acting United States Attorney
U.S. Department of Justice                  Room C-253, Federal Building and
P.O. Box 683                                U.S. Courthouse
Ben Franklin Station                        222 West 7th Avenue, #9
Washington, D.C.  20044-0683                Anchorage, Alaska  99513-7567


Leroy K. Latta Jr.                          Kevin Fitzgerald
Assistant Attorney General                  Ingaldson, Maassen & Fitzgerald, PC
Attorney General's Office                   813 W. 3rd Avenue
1031 W. 4th Avenue, Suite 200               Anchorage, Alaska  99501-2001
Anchorage, Alaska  99501



by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.


        /s/ Robert C. Bundy
Robert C. Bundy, ABA #7206021
Dorsey & Whitney LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
bundy.robert@dorsey.com
(907) 276-4557

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

STATUS REPORT OF NORTHSTAR ENERGY          *U.S. v. Northstar;U.S. v. LaFleur, et al.;*
GROUP, INC.                                *Northstar v. LaFleur, et al.; State v. Northstar*
Page 3 of 3                                Case No. A03-0149 CV (JKS) (Consolidated)
4842-5644-8256\1\472129\00002