Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for NorthStar Energy Group, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>vs.<br><br>NORTHSTAR ENERGY GROUP, INC.,<br>a Nevada Corporation,<br><br>                        Defendant.<br>_____<br>UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>vs.<br><br>PHILLIP LaFLEUR; NORTHSTAR<br>ENERGY GROUP, INC.; and<br>STATE OF ALASKA, CHILD SUPPORT<br>ENFORCEMENT DIVISION,<br><br>                        Defendants.<br>_____<br>NORTHSTAR ENERGY GROUP, INC.<br><br>                        Third-Party Plaintiff,<br><br>vs.<br><br>PHILLIP LeFLEUR and STATE OF<br>ALASKA, CHILD SUPPORT<br>ENFORCEMENT AGENCY,<br><br>                        Third-Party Defendants. | Case No. A03-0149 CV (JKS)<br>Case No. A04-0029 CV (JKS)<br>(Consolidated)<br><br><br><br><br><br><br>**STIPULATION FOR DISMISSAL OF CROSS-CLAIM WITHOUT PREJUDICE** |

STATE OF ALASKA, DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT DIVISION,

       Cross-claim Plaintiff,

vs.

NORTHSTAR ENERGY GROUP, INC.,

       Cross-claim Defendant.

    NorthStar Energy Group, Inc. and Phillip LaFleur stipulate and agree to dismissal without prejudice of the third-party claims in the above-captioned matter, each party to bear its own costs and attorney's fees.

    DATED this 17th day of July, 2006, at Anchorage, Alaska.

                      DORSEY & WHITNEY LLP
                      Attorneys for NorthStar Energy Group, Inc.

                      BY:   /s/ Robert C. Bundy
                          Robert C. Bundy, ABA #7206021
                          DORSEY & WHITNEY LLP
                          1031 West Fourth Avenue, Suite 600
                          Anchorage, AK 99501-5907
                          bundy.robert@dorsey.com
                          (907) 276-4557

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

STIPULATION FOR DISMISSAL OF CROSS-CLAIM      *U.S. v. Northstar; U.S. v. LaFleur, et al.;*
                                                      *Northstar v. LaFleur, et al.; State v. Northstar*
Page 2 of 3                                                Case No. A03-0149 CV (JKS) (Consolidated)

DATED this 17th day of July, 2006, at Anchorage, Alaska.

        INGALDSON, MAASSEN & FITZGERALD
        Attorneys for Phillip LaFleur


        BY:   /s/ Kevin T. Fitzgerald (w/consent)
           Kevin T. Fitzgerald, ABA #8711085
           INGALDSON, MAASSEN &
             FITZGERALD
           813 W. 3rd Avenue
           Anchorage, AK 99501
           (907)258-8750

CERTIFICATE OF SERVICE

This certifies that on the 17th day of July, 2006, a copy of the foregoing document was served on:

John B. Snyder III
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

Deborah Smith
Acting United States Attorney
Room C-253, Federal Building and
U.S. Courthouse
222 West 7th Avenue, #9
Anchorage, Alaska 99513-7567

Leroy K. Latta Jr.
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501

Kevin Fitzgerald
Ingaldson, Maassen & Fitzgerald, PC
813 W. 3rd Avenue
Anchorage, Alaska 99501-2001

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

   /s/ Robert C. Bundy
Robert C. Bundy, ABA #7206021
Dorsey & Whitney LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
bundy.robert@dorsey.com
(907) 276-4557

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

STIPULATION FOR DISMISSAL OF CROSS-CLAIM     *U.S. v. Northstar; U.S. v. LaFleur, et al.;*
   *Northstar v. LaFleur, et al.; State v. Northstar*
Page 3 of 3     Case No. A03-0149 CV (JKS) (Consolidated)