Robert C. Bundy, ABA #7206021
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for NorthStar Energy Group, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>NORTHSTAR ENERGY GROUP, INC.,<br>a Nevada Corporation,<br><br>       Defendant.<br>_____ | Case No. A03-0149 CV (JKS)<br>Case No. A04-0029 CV (JKS)<br>(Consolidated) |
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>PHILLIP LaFLEUR; NORTHSTAR<br>ENERGY GROUP, INC.; and<br>STATE OF ALASKA, CHILD SUPPORT<br>ENFORCEMENT DIVISION,<br><br>       Defendants.<br>_____ | **ORDER GRANTING DISMISSAL<br>WITHOUT PREJUDICE** |
| NORTHSTAR ENERGY GROUP, INC.<br><br>       Third-Party Plaintiff,<br><br>vs.<br><br>PHILLIP LeFLEUR and STATE OF<br>ALASKA, CHILD SUPPORT<br>ENFORCEMENT AGENCY,<br><br>       Third-Party Defendants. | |

STATE OF ALASKA, DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT DIVISION,

   Cross-claim Plaintiff,

vs.

NORTHSTAR ENERGY GROUP, INC.,

   Cross-claim Defendant.

  Upon stipulation of the parties,

  IT IS ORDERED that the third-party complaint by NorthStar Energy Group, Inc. against Phillip LaFleur is dismissed without prejudice, each party to bear its own costs and attorney's fees.

  DATED this _____ day of _____, 2006, at Anchorage, Alaska.

            By: _____
               The Honorable James K. Singleton

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK  99501
(907) 276-4557

ORDER FOR DISMISSAL

Page 2 of 3

*U.S. v. Northstar; U.S. v. LaFleur, et al.;*
*Northstar v. LaFleur, et al.; State v. Northstar*
Case No. A03-0149 CV (JKS) (Consolidated)

CERTIFICATE OF SERVICE

This certifies that on the 17th day of July, 2006, a copy of the foregoing document was served on:

| | |
|---|---|
| John B. Snyder III<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Ben Franklin Station<br>Washington, D.C. 20044-0683 | Deborah Smith<br>Acting United States Attorney<br>Room C-253, Federal Building and<br>U.S. Courthouse<br>222 West 7th Avenue, #9<br>Anchorage, Alaska 99513-7567 |
| Leroy K. Latta Jr.<br>Assistant Attorney General<br>Attorney General's Office<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, Alaska 99501 | Kevin Fitzgerald<br>Ingaldson, Maassen & Fitzgerald, PC<br>813 W. 3rd Avenue<br>Anchorage, Alaska 99501-2001 |

by electronic means through the ECF system as indicated on the Notice of Electronic Filing, or if not confirmed by ECF, by first class regular mail.

    /s/ Robert C. Bundy
Robert C. Bundy, ABA #7206021
Dorsey & Whitney LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
bundy.robert@dorsey.com
(907) 276-4557

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

ORDER FOR DISMISSAL

Page 3 of 3

*U.S. v. Northstar; U.S. v. LaFleur, et al.;*
*Northstar v. LaFleur, et al.; State v. Northstar*
Case No. A03-0149 CV (JKS) (Consolidated)