NELSON P. COHEN
United States Attorney

MICHAEL G. PITMAN
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7938
michael.g.pitman@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ALASKA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>        v.<br><br>Northstar Energy Group, Inc.,<br><br>    Defendant. | Civil No. 3:03-cv-149-JKS<br><br>Consolidated with:<br><br>Civil No. 3:04-cv-29-JKS |
| United States of America,<br><br>    Plaintiff,<br><br>        v.<br><br>Phillip LaFleur, Northstar Energy Group, Inc., and State of Alaska Child Support Enforcement Agency<br><br>    Defendants. | PLAINTIFF UNITED STATES'<br>SATISFACTION OF JUDGMENT |

|  |
|---|
| Northstar Energy Group, Inc., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> Phillip LaFleur, and State of Alaska Child Support Enforcement Agency, <br><br> Third-Party Defendants. |
| State of Alaska, Department of Revenue, Child Support Enforcement Division, <br><br> Cross-claim Plaintiff, <br><br> v. <br><br> Northstar Energy Group, Inc., <br><br> Cross-claim Defendant. |

On January 4, 2004, Plaintiff United States of America and Defendant Northstar Energy Group, Inc., stipulated that judgment would be entered in favor of Plaintiff United States of America against Defendant Northstar Energy Group, Inc., in the amount of $192,000. Defendant Northstar Energy Group, Inc., has now satisfied its obligations with respect to said judgment.

Therefore, satisfaction of the judgment is acknowledged and the Clerk of Court is hereby authorized to mark the judgment as being fully satisfied.

DATED this 6th day of February, 2007.

Respectfully submitted,

>NELSON P. COHEN
>United States Attorney
>
>/s/ Michael G. Pitman
>MICHAEL G. PITMAN
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 683
>Ben Franklin Station
>Washington, D.C. 20044
>Telephone: (202) 305-7938
>michael.g.pitman@usdoj.gov

PLAINTIFF UNITED STATES'
SATISFACTION OF JUDGMENT

- 3 -

U.S. v. Northstar; U.S. v. LaFleur, et al.;
Northstar v. LaFleur, et al.; State v. Northstar
Case No. 3:03-cv-149-JKS (Consolidated)

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing PLAINTIFF UNITED STATES' SATISFACTION OF JUDGMENT has been made this 6th day of February, 2007, by placing copies in the United States Mail addressed to the following:

>Robert C. Bundy, Esq.
>Dorsey & Whitney LLP
>1031 West 4th Ave., Suite 600
>Anchorage, AK 99501


>Stephen J. Easley, Esq.
>Law Offices of Stephen J. Easley
>1250 Connecticut Ave., N.W., Suite 1C
>Washington, DC 20036


>/s/ Michael G. Pitman
>MICHAEL G. PITMAN
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 683
>Ben Franklin Station
>Washington, D.C. 20044
>Telephone: (202) 305-7938
>michael.g.pitman@usdoj.gov

PLAINTIFF UNITED STATES'
SATISFACTION OF JUDGMENT

U.S. v. Northstar; U.S. v. LaFleur, et al.;
Northstar v. LaFleur, et al.; State v. Northstar
Case No. 3:03-cv-149-JKS (Consolidated)