# EXHIBIT 1

FILED
AUG 0 5 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

# MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*United States v. Northstar Energy Group, Inc.*
Case No. A03-0149 CV (JKS)

By:                    THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:          Dan Maus, Case Management: 677-6123*

PROCEEDINGS:          ORDER FROM CHAMBERS

There are two pending matters in this case. First, the Government moves to extend the pretrial dates in this case by an additional sixty days. Docket No. 32. Defendant Northstar Energy Group, Inc. opposes the request. Docket No. 33. After reviewing the parties' respective positions, the Court will **GRANT** the request at **Docket No. 32** and extend the pretrial deadlines in this case an additional sixty days from the date of this Order.

Second, the Government moves for summary judgment against Third-Party Defendant Philip LaFleur. Docket No. 36. It asks the Court to reduce the $242,646.12 in tax assessments against LaFleur to a judgment in the Government's favor. The State of Alaska, as an additional third-party defendant, does not oppose the Government's motion. Docket No. 37. LaFleur has not filed an opposition. Having reviewed the Government's motion in accordance with Local Rule 7.1(d) and having found it meritorious, the Court will **GRANT** the motion for summary judgment at **Docket No. 36**.

**IT IS SO ORDERED**.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: August 4, 2005

*       ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. See FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.

A03-0149--CV (JKS)    J. BLAIR    8/5/05

J. LATTA JR
R. BUNDY (DORSEY)
J. FITZGERALD