# EXHIBIT 2

*Snyder 7/9/23*

CTS. RECEIVED

05 AUG 15 PM 4:02

Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, AK  99501
(907) 258-8750
(907) 258-8751/Fax


Counsel for Third-Party Defendant LaFleur

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case A03-149 CV (JKS) |
| Plaintiff, | ) | |
| vs. | ) | **MOTION TO RECONSIDER** |
| NORTHSTAR ENERGY GROUP, INC., a Nevada Corporation, | ) | |
| Defendant. | ) | |
| NORTHSTAR ENERGY GROUP, INC., a Nevada Corporation, | ) | Case A04-0029 CV (JKS) (Consolidated) |
| Third-Party Plaintiff, | ) | |
| vs. | ) | |
| PHILLIP LaFLEUR AND STATE OF ALASKA, CHILD SUPPORT ENFORCEMENT AGENCY, | ) | |
| Third-Party Defendants. | ) | |

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Northstar, et al.
Case A04-0029 CV (JKS)
Motion                               Page 1 of 5

COMES NOW third-party defendant Phillip LaFleur, by and through undersigned counsel, and hereby moves this court for reconsideration of its order dated August 4, filed August 5, and received by this office on August 8, 2005. Mr. LaFleur moves pursuant to Local Rule 59.1 upon the grounds that the court has overlooked a material fact and/or proposition of law in granting summary judgment against third-party defendant Phillip LaFleur.

On June 24, 2005, the government moved for summary judgment against Mr. LaFleur seeking to reduce tax assessments to judgment. As a matter of fact, the summary judgment motion came well after this court's scheduling and planning order of January 15, 2004, which established the deadline for the filing of dispositive motions. Consequently, the government's motion was untimely. Neither was there any request by the government to accept the untimely motion late. Indeed, at the time there was pending before the court a motion by the government to extend pretrial deadlines. This motion had not been granted.

Further, and independently, on or about March 8, 2004, default was entered against Mr. LaFleur by the clerk, pursuant to Federal Rule of Civil Procedure 55(b)(1). Pursuant to Federal Rule of Civil Procedure 54(b), when multiple parties are involved, the court may direct entry of a final judgment,

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Northstar, et al.
Case A04-0029 CV (JKS)
Motion                                          Page 2 of 5

but <u>only</u> upon an express determination that there is no just reason for delay, and upon an express direction for the entry of judgment. These conditions were not satisfied in the government's summary judgment motion.

In an abundance of caution, LaFleur filed a request for direction from the court on July 18, 2005. The purpose of the request was to seek direction from the court regarding the need, or not, to respond to the government's untimely motion for summary judgment. Subsequently, the court then entered summary judgment against Mr. LaFleur. In doing so, the court has overlooked the fact that the government's motion was untimely. The court has also overlooked the deficiencies in the government's motion in relation to Federal Rule of Civil Procedure 54(b). Finally, the court has overlooked LaFleur's request for direction from the court, which LaFleur submits he did not need to file, but did so in an abundance of caution to avoid exactly what occurred.

For these reasons, LaFleur requests the court vacate the summary judgment motion and give him sufficient time to respond substantively government's motion. LaFleur requests 45 days, during which time he will be requesting that the

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

government provide support for its tax assessments, which has not yet been provided.[1] The law and the facts dictate no less.

Dated at Anchorage, Alaska August 12, 2005.

INGALDSON, MAASSEN & FITZGERALD, P.C.
Counsel for Third-Party Defendant LaFleur

By: _____
Kevin T. Fitzgerald
ABA No. 8711085

---

[1] It may be that after reviewing these materials LaFleur non-opposes the government's motion. Nonetheless, LaFleur would like the opportunity to examine the government's numbers.

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Northstar, et al.
Case A04-0029 CV (JKS)
Motion                                    Page 4 of 5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12 day of August, 2005, a copy of the foregoing was sent to the following via:

[✓] U.S. mail, first class, postage prepaid
[ ] Hand-delivery
[ ] Fax
[ ] Federal Express

Keith S. Blair, Trial Attorney
Tax Division, U.S. Dept. of Justice
P.O. Box 653
Ben Franklin Station
Washington, DC  20044

Robert C. Bundy, Esquire
Dorsey & Whitney, LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK  99501

Leroy K. Latta, Jr.
Assistant Attorney General
Collections and Support Section
Attorney General's Office
1031 West Fourth, Suite 200
Anchorage, AK  99501

_____Jennifer M. Jones_____

F:\W\2065-1\Pleadings\Reconsider.wpd

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage, Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Northstar, et al.
Case A04-0029 CV (JKS)
Motion                                         Page 5 of 5