IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Northstar Energy Group, Inc.,<br><br>Defendant. | Civil No. 3:03-cv-149-JKS<br><br>Consolidated with:<br><br>Civil No. 3:04-cv-29-JKS |
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Phillip LaFleur, Northstar Energy Group, Inc., and State of Alaska Child Support Enforcement Agency<br><br>Defendants. | |
| Northstar Energy Group, Inc.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>Phillip LaFleur, and State of Alaska Child Support Enforcement Agency,<br><br>Third-Party Defendants. | |

| State of Alaska, Department of Revenue, Child Support Enforcement Division, |
|---|
| Cross-claim Plaintiff, |
| v. |
| Northstar Energy Group, Inc., |
| Cross-claim Defendant. |

## [PROPOSED] JUDGEMENT

Judgment is entered in favor of the United States and against Phillip LaFleur for the unpaid assessed balances of taxes, including interest, and penalties as of June 7, 2007, set forth below:

| TAX YEAR | TAX TYPE | ASSESSMENT DATE | ACCRUED BALANCE DUE |
|---|---|---|---|
| 1984 | Income | 02/07/94 | $0.00 |
| 1985 | Income | 02/07/94 | $15,765.91 |
| 1986 | Income | 02/07/94 | $66,055.03 |
| 1991 | Income | 07/12/99 | $6,931.22 |
| 1992 | Income | 07/19/99 | $5,091.20 |
| 1995 | Income | 06/14/99 | $105.70 |
| 1997 | Income | 08/16/99 | $13,619.78 |
| 1998 | Income | 06/14/99 | $54,100.99 |
| | | TOTAL AS OF 6/7/07 | $161,669.83 |

plus all penalties and inertest accruing after June 7, 2007 pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c) until paid. The Clerk is directed to reopen this case, and to enter this Final Judgment.

Dated _____, 2007.

_____
UNITED STATES DISTRICT JUDGE