## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing PLAINTIFF UNITED STATES' MOTION TO REOPEN CASE AND ENTER JUDGMENT has been made this 14th day of May, 2007, by placing copies in the United States Mail addressed to the following:

Robert C. Bundy, Esq.
Dorsey & Whitney LLP
1031 West 4th Ave., Suite 600
Anchorage, AK 99501

Kevin T. Fitzgerald
Ingaldson, Maassen & Fitzgerald
813 West 3rd Ave.
Anchorage, AK 99501

Leroy K. Latta, Jr.
Attorney General's Office
1031 West 4th Ave., Suite 200
Anchorage, AK 99501

Stephen J. Easley, Esq.
Law Offices of Stephen J. Easley
1250 Connecticut Ave., N.W., Suite 1C
Washington, DC 20036

/s/ Michael G. Pitman
MICHAEL G. PITMAN
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7938
michael.g.pitman@usdoj.gov