Kevin T. Fitzgerald, Esquire
ABA No. 8711085
Ingaldson, Maassen &
Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
(907) 258-8750
(907) 258-8751/Facsimile
E-mail: kevin@impc-law.com

Former Attorneys for Defendant Phillip LaFleur

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NORTHSTAR ENERGY GROUP, INC.,<br><br>    Defendant.<br>_____<br><br>UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PHILLIP LAFLEUR, NORTH-<br>STAR ENERGY GROUP, INC.,<br>and STATE OF ALASKA CHILD<br>SUPPORT ENFORCEMENT<br>AGENCY,<br><br>    Defendants.<br>_____<br><br>NORTHSTAR ENERGY GROUP,<br>INC., | No. 3:03-cv-149-JKS<br><br>Consolidated With:<br><br>No. 3:04-cv-29-JKS<br><br><br><br><br>**NOTICE TO COURT OF**<br>**NON-REPRESENTATION** |

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Northstar, et al.
No. 3:03-cv-149-JKS
Notice

```
                      )
        Third-Party   )
        Plaintiff,    )
                      )
        v.            )
                      )
PHILLIP LAFLEUR, and  )
STATE OF ALASKA CHILD )
SUPPORT ENFORCEMENT   )
AGENCY,               )
                      )
        Third-Party   )
        Defendants.   )
_____)
                      )
STATE OF ALASKA, DEPART-)
MENT OF REVENUE, CHILD )
SUPPORT ENFORCEMENT   )
DIVISION,             )
                      )
        Cross-Claim   )
        Plaintiff,    )
                      )
        v.            )
                      )
NORTHSTAR ENERGY GROUP,)
INC.,                 )
                      )
        Cross-Claim   )
        Defendant.    )
_____)
```

Comes now Kevin T. Fitzgerald, and gives notice to this court and the parties that he no longer represents defendant Phillip LaFleur in the above-captioned action. Mr. LaFleur's last known mailing address and telephone number are:

        Phillip LaFleur
        78-6492 Mamalahoa Highway
        Holualoa, HI  96725
        (808) 896-1297

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Northstar, et al.
No. 3:03-cv-149-JKS
Notice

Dated at Anchorage, Alaska June 1, 2007.

INGALDSON, MAASSEN &
FITZGERALD, P.C.
Former Attorneys for
Defendant LaFleur


s/Kevin T. Fitzgerald
ABA No. 8711085
813 West Third Avenue
Anchorage, AK  99501
Fax: (907) 258-8751
E-mail: kevin@impc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 6/1/07,
a copy of the foregoing Notice
was served electronically on:

Keith S. Blair, Esquire
Robert C. Bundy, Esquire
Nelson P. Cohen, Esquire
Michael G. Pitman, Esquire
Leroy K. Latta, Jr., Esquire


 s/Kevin T. Fitzgerald
F:\W\2065-1\Pleadings\Notice of Non-Representation.doc

INGALDSON,
MAASSEN &
FITZGERALD,
P.C.
Lawyers
813 W. 3rd Avenue
Anchorage,
Alaska
99501-2001
(907) 258-8750
FAX: (907) 258-8751

USA v. Northstar, et al.
No. 3:03-cv-149-JKS
Notice