IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>NORTHSTAR ENERGY GROUP, INC.,<br><br>                Defendant. | Case No. 3:03-CV-00149-JKS<br><br>Consolidated with:<br><br>3:03-cv-00029-JKS<br><br>**O R D E R** |
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>PHILLIP LAFLEUR, NORTHSTAR ENERGY GROUP, INC., and STATE OF ALASKA CHILD SUPPORT ENFORCEMENT AGENCY,<br><br>                Defendants. | |

UNITED STATES OF AMERICA,

        Third-Party Plaintiff,

    vs.

PHILLIP LAFLEUR, and STATE OF ALASKA CHILD SUPPORT ENFORCEMENT AGENCY,

        Third-Party Defendants.

STATE OF ALASKA, DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT DIVISION,

        Cross-Claim Plaintiff,

    vs.

NORTHSTAR ENGERY GROUP, INC.,

        Cross-Claim Defendant.

Plaintiff, the United States of America, moves to reopen this case for the limited purpose of allowing the Court to enter Judgment reflecting the previous ruling on the merits at Docket Nos. 39 and 41. Docket No. 67. No party has opposed the motion. Therefore, the motion at **Docket No. 67** is **GRANTED**. The Judgment will follow this Order.

    **IT IS SO ORDERED.**

Dated at Anchorage, Alaska, this 7th day of June, 2007.

                                      /s/ James K. Singleton, Jr.
                                      **JAMES K. SINGLETON, JR.**
                                      United States District Judge

ORDER