IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>NORTHSTAR ENERGY GROUP, INC.,<br><br>                Defendant. | Case No. 3:03-CV-00149-JKS<br><br>Consolidated with:<br><br> 3:03-cv-00029-JKS<br><br>**JUDGMENT IN A CIVIL CASE** |
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>PHILLIP LAFLEUR, NORTHSTAR ENERGY GROUP, INC., and STATE OF ALASKA CHILD SUPPORT ENFORCEMENT AGENCY,<br><br>                Defendants. | |

UNITED STATES OF AMERICA,

        Third-Party Plaintiff,

    vs.

PHILLIP LAFLEUR, and STATE OF ALASKA CHILD SUPPORT ENFORCEMENT AGENCY,

        Third-Party Defendants.

STATE OF ALASKA, DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT DIVISION,

        Cross-Claim Plaintiff,

    vs.

NORTHSTAR ENGERY GROUP, INC.,

        Cross-Claim Defendant.

\_\_ **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X  **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

Judgment is entered in favor of the United States and against Phillip LaFleur for the unpaid assessed balances of taxes, including interest, and penalties as of June 7, 2007, set forth below:

///

///

///

///

///

///

///

JUDGMENT IN A CIVIL CASE

| TAX YEAR | TAX TYPE | ASSESSMENT DATE | ACCRUED BALANCE DUE |
|---|---|---|---|
| 1984 | Income | 02/07/94 | $      0.00 |
| 1985 | Income | 02/07/94 | $ 15, 765.91 |
| 1986 | Income | 02/07/94 | $ 66, 055.03 |
| 1991 | Income | 07/12/99 | $   6,931.22 |
| 1992 | Income | 07/19/99 | $   5,091.20 |
| 1995 | Income | 06/14/99 | $      105.70 |
| 1997 | Income | 08/16/99 | $ 13, 619.78 |
| 1998 | Income | 06/14/99 | $ 54,100.99 |
|  |  | **Total as of 6/7/07** | **$ 161,669.83** |

plus all penalties and interest accruing after June 7, 2007, pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1691(c) until paid.  The Clerk is directed to reopen this case, and to enter this Final Judgment.

Approved by:

/s/ James K. Singleton, Jr.
JAMES K. SINGLETON, JR.                                    Ida Romack
United States District Judge                                     Clerk


Date: June 7, 2007                                                 /s/Linda Christensen

                                                                             (By) Deputy Clerk


JUDGMENT IN A CIVIL CASE